# ALABAMA COURT OF CRIMINAL APPEALS



August 2, 2024

**CR-2022-0658**
Lebaron L. Carty v. State of Alabama (Appeal from Dale Circuit Court: CC-17-392.60, CC-17-393.60, and CC-17-394.60)

## <u>NOTICE</u>

You are hereby notified that on August 2, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk